1

2

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

10  MARC A. SAN NICOLAS,                    )    NO. SA CV 15-1099-JVS (AS)
                                           )
11                  Petitioner,            )
                                           )    **ORDER ACCEPTING FINDINGS,**
12          v.                             )
                                           )    **CONCLUSIONS AND RECOMMENDATIONS OF**
13  NEIL McDOWELL, Warden,                 )
                                           )    **UNITED STATES MAGISTRATE JUDGE**
14                  Respondent.            )
                                           )
15  _____   )

16

17

18          Pursuant to 28 U.S.C. section 636, the Court has reviewed the

19  Petition, all of the records herein and the attached Report and

20  Recommendation of United States Magistrate Judge.  After having made a

21  *de novo* determination of the portions of the Report and Recommendation

22  to which objections were directed, the Court concurs with and accepts

23  the findings and conclusions of the Magistrate Judge.

24

25          **IT IS ORDERED** that Judgment be entered denying and dismissing the

26  Petition without prejudice.

27

28

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on counsel for Petitioner and counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: November 30, 2015.

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

2