# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARC A. SAN NICOLAS, | ) | NO. SA CV 15-1099-JVS (AS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| NEIL McDOWELL, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: November 30, 2015.

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE